**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:
Anton Shala and Vjollca Shala

Debtors

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of the Aspen Income Trust, a Delaware statutory trust c/o FCI Lender Services, Inc.
Movant

vs.
Anton Shala and Vjollca Shala
Debtors

And
Kenneth E. West, Trustee
RESPONDENTS

Chapter: 13
Bankruptcy No.: 26-10548-djb
Hearing: 10/15/2026

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of the Aspen Income Trust, a Delaware statutory trust c/o FCI Lender Services, Inc. ("the Movant") hereby respectfully moves this Court for an Order (i) pursuant to § 362(d) of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") with respect to real property known as **5 Brimfield Road, Newtown, PA 19403** (the "Property") terminating the automatic stay imposed by § 362(a) of the Bankruptcy Code; (ii) waiving the stay invoked pursuant to the Federal Rules of Bankruptcy Procedure 4001(a)(3); and (iii) granting the Movant such other and further relief as this Court deems just and proper.

**PROCEDURE**

1. The Debtors filed a bankruptcy petition on February 12, 2026 under Chapter 13 of the Bankruptcy Code.

**JURISDICTION**

2. The motion for relief is being brought pursuant to 11 U.S.C. § 362(d).

**BACKGROUND**

3. Movant is the holder of a mortgage on the Property, which was recorded in the Office of the Recorder of Deeds of Montgomery County, PA on October 31, 2006 as Mortgage Instrument No. 2006135532. A Loan Modification was recorded on July 2, 2021 as Instrument No. 2021077201. The Mortgage was assigned to Movant through a series of written assignments of mortgage, the last of which was recorded on August 23, 2021 as Instrument No. 2021100727. True and correct copies of the mortgage, loan modification, and assignments of mortgage as attached hereto as Exhibit "A."

4. The account is currently in default for the post-petition monthly payments from February 20, 2026 through August 20, 2026, in the amount of $839.39 each.

5. As of August 13, 2026, the total obligation due under the terms of the Note and Mortgage less any partial payments and suspense balance is approximately $105,347.38. The unpaid principal balance is $83,476.38. A copy of the Payoff is attached hereto as Exhibit "B."

6. The Debtors have failed to bring the account current while taxes and insurance continue to accrue, and the Property continues to decrease in value.

**THE AUTOMATIC STAY SHOULD BE TERMINATED PURSUANT TO 11 U.S.C. § 362(d)**

7. The Movant is entitled to relief from the automatic stay as set forth in the within motion. 11 U.S.C. §362(d) provides in pertinent part as follows:

(a) On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay:

(b) for cause, including the lack of adequate protection of an interest in property of such party in interest;

(c) the Debtors have failed to demonstrate that the Property is necessary to an effective reorganization because the Debtors have not established a reasonable prospect of successfully reorganizing while retaining the Property, particularly in light of the Debtors' failure to make the post-petition mortgage payments from February 2026 through August 2026.

8. It is respectfully submitted that there is sufficient cause to vacate the automatic stay because the Debtors are in default of his obligations under the terms of the Note and the Mortgage and has failed to make mortgage payments to the Movant as the account is due for February 20, 2026.

WHEREFORE, Movant respectfully requests that an Order be granted: (i) pursuant to 11 U.S.C. §362(d) modifying and terminating the automatic stay; (ii) waiving the stay invoked pursuant to the Federal Rules of Bankruptcy Procedure 4001(a)(3); and (iii) granting such other and further relief as this Court deems is just and proper.

By:__/s/ *Jennie C. Shnayder*_______
Jennie C. Shnayder, Esq.
ID # 315213
Shnayder Law Firm, LLC
148 East Street Road Suite 352
Feasterville, PA 19053
Telephone: (215) 834-3103
Attorneys for Creditor